JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| HECTOR ERNEST, | ) Case No. CV 15-02688-CJC (AS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| CMC WARDEN, | ) |
| Respondent. | ) |

   Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

   DATED: July 29, 2016

   _____
   CORMAC J. CARNEY
   UNITED STATES DISTRICT JUDGE